FRED INGRAHAM, Respondent, v. EDMUND C. PHILLIPS et al.,
    Defendants, WAUHOPE LYNN, Respondent, and FRED L.
    TERRY, as Trustee in Bankruptcy of EDMUND C. PHILLIPS,
    Appellant.

*Ingraham* v. *Phillips*, 133 App. Div. 901, affirmed.
(Argued March 23, 1911; decided April 7, 1911.)

APPEAL from a judgment entered October 4, 1909, upon
an order of the Appellate Division of the Supreme Court in
the second judicial department, which affirmed an order of
the court at a Trial Term denying a motion for a new trial
made after the direction of a verdict in an action of partition.

*Percy L. Housel* and *Robert W. Duvall* for appellant.

*Henry W. Unger* and *James Kearney* for respondent.

Judgment affirmed, with costs, upon the ground that sec-
tion 57n of the Federal Bankruptcy Act being prohibitory,
the creditors of the bankrupt Phillips, who elected the appel-
lant Terry as trustee, were disabled by the lapse of more than
one year from the adjudication in bankruptcy from proving
their claims before the referee. · (*In re Meyer*, 181 Fed. Rep.
904.)   No opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
HISCOCK and COLLIN, JJ.

_____

HARRY SECOR, Respondent, v. ARDSLEY ICE COMPANY,
                    Appellant.

*Secor* v. *Ardsley Ice Co.*, 133 App. Div. 136, affirmed.
(Argued March 24, 1911; decided April 7, 1911.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 11, 1909, modifying and affirming as modified a judg-
ment in favor of plaintiff entered upon a verdict directed by

the court in an action to recover for an alleged breach of contract.

*Joseph F. Perdue, Samuel R. Taylor* and *Joseph L. Glover* for appellant.

*Wilson Brown, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

NANNIE J. BARRY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Barry* v. *City of New York*, 141 App. Div. 927, affirmed.
(Argued March 24, 1911; decided April 7, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover a deficiency in salary alleged to be due plaintiff.

*Archibald R. Watson, Corporation Counsel (Clarence L. Barber* and *Theodore Connoly* of counsel), for appellant.

*George M. Curtis* and *Charles E. Hill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

ANNIE M. FITZGERALD, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Fitzgerald* v. *City of New York*, 141 App. Div. 927, affirmed.
(Argued March 24, 1911; decided April 7, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-